IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MONICA FAITH USSERY, | )<br>) |
| Plaintiff, | ) Case No. 5:23-cv-219-BO-RJ<br>) |
| v. | ) ORDER<br>) |
| ROY COOPER, et al., | )<br>) |
| Defendant. | )<br>) |

On April 27th, 2023, Plaintiff, Monica Ussery, filed a Motion to Seal Exhibits 3 and 8 of the Complaint. The Motion to Seal the Exhibits is Granted.

This the __15__ day of May, 2023.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE