UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MONICA FAITH USSERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ERIK A. HOOKS, LORRIN FREEMAN, | ) | 5:23-CV-219-BO-RJ |
| CASSANDRA DECK-BROWN, DEDRIC | ) | |
| BOND, ROGER HAWLEY, MARTIN BROCK, | ) | |
| DERICK PROCTOR, TITO FINK, | ) | |
| and THE CITY OF RALEIGH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motions to dismiss [DE 53, 55, 57, 59] are GRANTED. Count VI is DISMISSED WITHOUT PREJUDICE and the Court declines to exercise supplemental jurisdiction over the state law portions of Count I. The remaining counts in the second amended complaint are DISMISSED. The motion for leave to file excess pages [DE 68] is GRANTED.

**This case is closed.**


**This judgment filed and entered on June 20, 2024, and served on:**
Anthony Biller (via CM/ECF NEF)
James Lawrence, III (via CM/ECF NEF)
Danielle Eng Rose (via CM/ECF NEF)
Adam Peterson Banks (via CM/ECF NEF)
Matthew Tulchin (via CM/ECF NEF)
Elizabeth O'Brien (via CM/ECF NEF)
Joseph Finarelli (via CM/ECF NEF)
Hunt Choi (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

June 20, 2024

/s/ Lindsay Stouch
By: Deputy Clerk