IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **MONICA FAITH USSERY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **LORRIN FREEMAN,** in her individual and ) | |
| official capacity as Wake County District ) | |
| Attorney, **HONORABLE ERIK A. HOOKS,** ) | |
| is his individual and official capacity as ) | |
| Secretary of the North Carolina Department ) | Civil Action No. 5:23-cv-00219-BO-RJ |
| of Public Safety, **CASSANDRA DECK-** ) | |
| **BROWN,** in her individual and official ) | |
| capacity as Chief of the City of Raleigh Police ) | **NOTICE OF APPEAL** |
| Department, **DEDRIC BOND,** in his ) | |
| individual and official capacity as City of ) | |
| Raleigh Police Department Captain, **ROGER** ) | |
| **"CHIP" HAWLEY,** in his individual and ) | |
| official capacity as Chief of North Carolina ) | |
| State Capitol Police, **MARTIN BROCK,** in ) | |
| his individual and official capacity as Chief of ) | |
| the North Carolina General Assembly Police ) | |
| Department, **DERICK PROCTOR,** in his ) | |
| individual and official capacity as an officer ) | |
| of North Carolina State Capitol Police, **TITO** ) | |
| **FINK,** in his individual and official capacity ) | |
| as an officer of the North Carolina State ) | |
| Capitol Police, and The City of Raleigh, City ) | |
| of Raleigh Police Department Officers, John ) | |
| and Jane Does 1-4 ) | |
| ) | |
| **Defendants** | |

Notice is hereby given that Plaintiff Monica Ussery appeals to the United States Court of Appeals for the Fourth Circuit the Court's Order (DE 69) filed on June 20, 2024, dismissing Plaintiff's Second Amended Complaint (DE 50) and the Court's Judgment (DE 70) entered on June 20, 2024.

Respectfully submitted this the 19th day of June 2024.

/s/ Anthony J. Biller
Anthony J. Biller
NC State Bar No. 24,117
Danielle Rose
NC State Bar No. 29,421
Adam P. Banks
NC State Bar No. 47,559
James R. Lawrence, III
NC State Bar No. 44,560
2601 Oberlin Rd, STE 100
Raleigh, NC 27608
Telephone: (919) 715.1317
Facsimile: (919) 782.0452
Email: ajbiller@envisage.law
Email: drose@envisage.law
Email: abanks@envisage.law
Email: jlawrence@envisage.law